**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-CV-2198-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MODOC COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another Magistrate Judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: July 31, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1