UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No.  2:19-cv-2198 AC |
| Plaintiff, | |
| v. | ORDER |
| MODOC COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a request that is characterized on the docket as a request to e-file.  ECF No. 17.  Review of the document indicates that plaintiff seeks not to file electronically, but for his complaint to be served pursuant to the court's E-Service pilot program for civil rights cases for the Eastern District of California.  By separate order, plaintiff's amended complaint (ECF No. 9) has been screened and ordered to be served.  Accordingly, the request for service will be denied as moot.

Plaintiff is informed that the court's E-Service pilot program is available only when the defendants to be served are employees of CDCR.  Plaintiff is proceeding against a Modoc County defendant, and service must be accomplished in the traditional manner as set forth in the order directing service.  Plaintiff must follow those directions in order for his amended complaint to be served on defendant Potap.

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for e-service, ECF No. 17, is DENIED as moot.

DATED: June 8, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE