UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-cv-2198 AC P |
| Plaintiff, | |
| v. | ORDER |
| MODOC COUNTY SHERIFF, et al., | |
| Defendants. | |

On July 27, 2022, plaintiff filed a notice of change of address with the court. ECF No. 39. The new address plaintiff has provided appears to indicate that he is no longer incarcerated.[1] See id. at 2.

If plaintiff is no longer incarcerated, he may continue to proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners. McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996). Therefore, he must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir. 1997) (stating upon release, obligation to pay remainder of fees to be determined solely on

---

[1] The notice also appears to indicate that plaintiff may have since moved from the recently identified location. ECF No. 39 at 2 (plaintiff stating he will be moving from the provided address on July 25, 2022). If this is the case, plaintiff must inform the court of his new address by filing a new notice of change of address. See Local Rule 183(b).

question of whether individual qualifies for pauper status); see also Adler v. Gonzalez, No. 1:11-cv-1915-LJO-MJS (PC), 2015 WL 4041772, at *2 (E.D. Cal. July 1, 2015), report and reco. adopted, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015).  To enable him to do so, the court will order that plaintiff be sent an in forma pauperis application for non-prisoners.  Plaintiff will be given thirty days to complete and file the application with the court or, in the alternative, pay what remains of the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff the Application to Proceed in District Court Without Prepaying Fees of Costs, and

2. Within 30 days of the date of this order, plaintiff shall either:

   a. Submit an updated application to proceed IFP in accordance with 28 U.S.C. 1915(a)(1), or

   b. Pay the remainder of the filing fee in full.

Plaintiff is cautioned that failure to submit an updated in forma pauperis application or pay the remainder of the filing fee in full within the time allotted may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and failure to obey a court order.

DATED: August 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE