UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-cv-2198 AC P |
| Plaintiff, | |
| v. | ORDER |
| MODOC COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2022, plaintiff filed a notice asking that this matter be dismissed. ECF No. 44. Defendants have no objections to plaintiff's request for dismissal. See ECF No. 45. Therefore, the court will construe the notice as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii). As a result, defendants' pending motion to compel (ECF No. 41) and plaintiff's outstanding motion to proceed in forma pauperis (ECF No. 43) will be dismissed as moot, and the Clerk of Court will be ordered to close this case.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's filing docketed September 9, 2022 (ECF No. 44), is construed as a notice of VOLUNTARY DISMISSAL pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii);

2. The outstanding motion to compel and motion to proceed in forma pauperis (ECF Nos. 41, 43) are hereby DISMISSED as moot, and

3. The Clerk of Court shall CLOSE this case.

DATED: October 13, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE