UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-cv-2198 AC P |
| Plaintiff, | |
| v. | ORDER |
| MODOC COUNTY SHERIFF, et al., | |
| Defendants. | |

On June 5, 2023, a letter from plaintiff was docketed. ECF No. 47. The court construes it as a request for status.

Plaintiff is informed that this case was closed on October 13, 2022. See ECF No. 46. The case was closed in response to a filing by plaintiff, docketed on September 9, 2022, which requested that the case be dismissed. See ECF No. 44 at 5 ("I want to ask this court for dismissal…").

Plaintiff is advised that documents filed in this matter since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that any documents filed in this case in the future will be DISREGARDED.

DATED: June 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE